UNITED STATES of America,
Appellee,

v.

Francisco Javier MARTINEZ–BRISE-
NO, also known as Sabas Figueroa
Briceno, also known as Francisco Fi-
gueroa, Appellant.

No. 02–2154.

United States Court of Appeals,
Eighth Circuit.

Submitted Dec. 3, 2002.

Decided Dec. 6, 2002.

Before WOLLMAN, FAGG, and
LOKEN, Circuit Judges.

PER CURIAM.

Francisco Martinez–Briseno pleaded
guilty to illegal reentry following deporta-
tion, in violation of 8 U.S.C. § 1326(a) and
(b), and the district court[1] sentenced him
to 77 months of imprisonment and 2 years
of supervised release. On appeal, counsel
has moved to withdraw under *Anders v.
California*, 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967), and has filed a brief
raising the issues whether Martinez–Brise-
no admitted at his guilty-plea hearing each
of the elements of the offense, and wheth-
er his sentence was within the applicable
Guidelines range, given the facts in the
presentence report (PSR).

1. The Honorable Donald E. O'Brien, United
   States District Judge for the Northern District

Upon careful review, we find that Mar-
tinez–Briseno admitted during his guilty-
plea hearing each element of the offense of
illegal reentry, and we find no error in the
Guidelines range computed in the PSR and
adopted by the district court. Moreover,
following our independent review, *see Pen-
son v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102
L.Ed.2d 300 (1988), we find no nonfrivo-
lous issues for appeal.

Accordingly, the judgment is affirmed.
We also grant counsel's motion to with-
draw.